Company. No opinion. Motion denied, with $10 costs.

COOPER et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Edward Cooper and others against the Manhattan Railway Company. S. Babcock, for appellant. W. G. Peckham, for respondents. No opinion. Judgment affirmed, with costs.

COOTE, Appellant, v. WILLIAMSBURGH SAV. BANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by James Coote, as administrator, etc., against the Williamsburgh Savings Bank and another. No opinion. Motion denied.

CORN, Respondent, v. LEVY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Rosetta Corn against Julia Levy and others. No opinion. Motion for reargument granted, and case set down for argument on June 1, 1904.

COSTELLO, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by John Costello, an infant, against the Third Avenue Railroad Company. E. L. Mooney, for appellant. C. F. Brown, for respondent. No opinion. Judgment and order affirmed, with costs.

CROCKER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Lottie Crocker against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with costs.

CROCKER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Lottie Crocker against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order granted, except so far as the proposed amendment requires costs of the appeal to be paid.

CRONIN, Appellant, v. KASTEN, Respondent. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Michael J. Cronin against Rosalia Kasten. No opinion. Judgment of the Municipal Court affirmed, with costs.

CROWE, Appellant, v. DUNHAM MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Edward Crowe against the Dunham Manufacturing Company. W. M. Seabury, for appellant. F. V. Johnson, for respondent. No opinion. Judgment and order affirmed, with costs.

In re CULLINAN, Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) In the matter of the petition of Patrick W. Cullinan, as state commissioner of excise, for an order revoking and canceling liquor tax certificate No. 12,077 issued to Adam Herrmann.

PER CURIAM. Order reversed, with costs, and application of petitioner granted, with $25 costs and taxable disbursements, revoking and canceling the liquor tax certificate issued to the holder, Adam Herrmann. Held, that by the preponderance of the evidence it is established that said certificate holder wrongfully and unlawfully had open and unlocked the door and entrance leading into his barroom upon the day in question, and also that upon said day said certificate holder personally, by his agents and servants, did wrongfully and unlawfully traffic in liquor.

WILLIAMS, J., dissents.

CULLINAN, Excise Com'r, v. BURKHARD et al. (Supreme Court, Appellate Division, Fourth Department. April 6, 1904.) Action by Patrick W. Cullinan, as state commissioner of excise, etc., against John F. Burkhard and another.

PER CURIAM. Motion to amend decision denied. Held, that this appeal, being from a judgment entered upon a verdict directed upon the application of both parties, as upon undisputed evidence, presents questions of law only, and therefore it is unnecessary for the court to insert in its decision the statement asked for to the effect that the facts have been examined and no error found herein. See 86 N. Y. Supp. 1003.

CULLINAN, Excise Com'r, Respondent, v. REICH et al., Appellants. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Patrick W. Cullinan, as excise commissioner, against Bernard Reich and others. A. Levy, for appellants. H. H. Kellogg, for respondent. No opinion. Judgment and order affirmed, with costs.

In re CUTTING. (Supreme Court, Appellate Division, First Department. April 8, 1904.) In the matter of W. Bayard Cutting. M. A. Tyng, for appellant. G. Zabriskie, for respondent. No opinion. Order affirmed, with costs.

DANIELS, Respondent, v. BROWN, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Frank A. Daniels against Archer Brown, impleaded. H. T. Fay, for appellant. J. E. Bullen, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to amend answer, on payment of costs in this court and in the court below.